UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY DAVIS GASH, *et al.*, </br></br> Plaintiffs, </br></br> v. </br></br> SILVER STRAND PLAZA, *et al.*, </br></br> Defendants. | Civil No. 07-CV159-L(NLS) </br></br> **ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT REMARK CORPORATION** |

On March 27, 2007, Plaintiffs filed a motion for voluntary dismissal without prejudice of all claims against Defendant Remark Corporation. To date no appearance has been made by any adverse party. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a) and good cause appearing therefor, the complaint in this action is hereby **DISMISSED WITHOUT PREJUDICE** as to Defendant Remark Corporation only..

**IT IS SO ORDERED.**

DATED: March 28, 2007

M. James Lorenz
United States District Court Judge

COPY TO:

HON. NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE
ALL PARTIES/COUNSEL

07cv159